# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case No. 2:12-CV-00178-KJD-VCF |
| v. | **ORDER** |
| SHERITHA GROSE, | |
|     Defendant. | |

    Plaintiff's Complaint (#1) was filed February 2, 2012.  Defendant waived service on February 27, 2012 (#4).  Defendant's answer was due on April 27, 2012.  However, Defendant has failed to answer or otherwise respond to the complaint. The Clerk of the Court entered default (#6) against Defendant on May 16, 2012.  Therefore, the Court orders Plaintiff to file a status report, motion for default judgment or notice of voluntarily dismissal no later than August 24, 2012.

**IT IS SO ORDERED.**

    DATED this 6th day of August 2012.

_____
Kent J. Dawson
United States District Judge