**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 2:12-cv-00178-KJD-VCF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SHERITHA GROSE, ) | |
| ) | |
| Defendants. ) | |

**DEFAULT JUDGMENT**

Having reviewed and considered the United States' Motion for Default Judgment (#8), and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Default judgment is hereby entered in favor of the Plaintiff, the United States of America, and against the Defendant, Sheritha Grose; and

2. Damages are awarded to the Plaintiff as follows:

   Treble damages    $ 85,509.00

   Civil penalties   $ 38,500.00

   Total award       $ 124,009.00

_____
UNITED STATES DISTRICT JUDGE

DATED: August 27, 2012