# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHERITHA GROSE,<br><br>    Defendants. | Case No.: 2:12-cv-00178-KJD-VCF |

## **DEFAULT JUDGMENT**

Having reviewed and considered the United States' Motion for Default Judgment (#8), and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Default judgment is hereby entered in favor of the Plaintiff, the United States of America, and against the Defendant, Sheritha Grose; and

2. Damages are awarded to the Plaintiff as follows:

    Treble damages    $ 85,509.00

    Civil penalties    $ 38,500.00

    Total award    $ 124,009.00

_____
UNITED STATES DISTRICT JUDGE

DATED: August 27, 2012